Entered on Docket
February 25, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

JEFFREY G. SLOANE, ESQ.
Nevada Bar No. 000784
KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4143
JSloane@kssattorneys.com
Attorneys for Creditor/Movant
WELLS FARGO FINANCIAL NEVADA 2 INC.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:                                        ) | In Proceedings Under |
|                                                    ) | Chapter 7 |
| ADORACION CRAME                    ) | BK-S-09-24861-LBR |
|                                                    ) | |
|         Debtor.                              ) | Date:   February 9, 2010 |
| _____) | Time:  10:30 a.m. |

ORDER GRANTING MOTION FOR RELIEF FROM STAY

Creditor, WELLS FARGO FINANCIAL NEVADA 2's Motion For Relief From Stay having come before this court on February 9, 2010; WELLS FARGO FINANCIAL NEVADA 2, (hereinafter "Creditor"), appearing by and through its attorney, Jeffrey G. Sloane, Esq. of Kravitz, Schnitzer, Sloane & Johnson, Chtd..; ADORACION CRAME, ("Debtor"), having failed to appear, although duly noticed; no opposition having been filed; and, for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay afforded the Debtor pursuant to 11 U.S.C. Section 362 is hereby terminated on the following real property:

LOT 36 IN BLOCK 1 OF SIERRA WOODS @ SUMMERLIN, UNIT 2 AS SHOWN BY MAP THEROF ON FILE IN BOOK 89 OF PLATS, PAGE 74, AND AMENDED BY CERTIFICATE OF AMENDMENTS RECORDED MAY 15, 2000 IN BOOK 20000515 AS DOCUMENT NO. 01025, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

More commonly known as 3056 Cherum Street, Las Vegas, Nevada 89135.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Creditor shall give the Debtor seven (7) days notice as to the date, time and location of the sale.

DATED this _____ day of __February__, 2010.

SUBMITTED BY:

KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD..

BY: _____
   JEFFREY G. SLOANE, ESQ
   Nevada Bar No. 000784
   8985 S. Eastern Avenue, Suite 200
   Las Vegas, Nevada 89123
   Attorneys for Creditor

APPROVE/DISAPPROVE:

BY _Did not respond_____
   LENARD E. SCHWARTZER, TRUSTEE
   2850 S. Jones Blvd., #1
   Las Vegas, NV 89146

# # #

## ALTERNATIVE METHOD re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

( ) The Court has waived the requirement of approval under LR 9021.

( **X** ) This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

( ) This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document]:

( ) I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel for Plaintiff appeared and the Trustee has __**NOT**__ responded.

Date: 2/17/10

/s/JEFFREY G. SLOANE, ESQ.
JEFFREY G. SLOANE, ESQ.
Kravitz, Schnitzer, Sloane & Johnson, Chtd.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123